UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. |
| Cases Represented by | : | |
| John A. DiGiamberardino, Esquire | : | |
| | : | |

### PRAECIPE FOR SUBSTITUTION OF APPEARANCE IN ALL CASES REPRESENTED BY JOHN A. DIGIAMBERARDINO, ESQUIRE

TO THE CLERK:

Due to the recent passing of John A. DiGiamberarino, Esquire and consistent with the role of Stephen M. Otto, Esquire as Attorney DiGiamberardino's "assisting attorney" pursuant to Mr. DiGiamberardino's succession plan:

Kindly enter the appearance of Stephen M. Otto, Esquire on behalf of the Debtor(s) in all active cases where John A. DiGiamberardino is Counsel of Record, and kindly remove Attorney DiGiamberardino as Counsel of Record for all such cases.

All active cases represented by John A. DiGiamberardino are identified upon the attached list.

DATE: September 3, 2021

                                            Respectfully submitted,
                                            LAW OFFICE OF STEPHEN M. OTTO, LLC

By:      /s/Stephen M. Otto
            Stephen M. Otto, Esq.
            833 N. Park Road Ste 206
            Wyomissing, PA 19610
            484-220-0481
            PA. I.D. No. 82463
            steve@sottolaw.com

# Select a Case

There was 1 matching person.

There were 100 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| DIGIAMBERARDINO, JOHN A. (aty) (100 cases) | 14-11068-elf | Mary Johnson | 13 | 02/14/14 | N / A | N / A |
| | 16-10825-elf | Mark Eric Bailey | 13 | 02/08/16 | N / A | N / A |
| | 16-11034-elf | Kevin T. DePrefontaine and Janeen L. DePrefontaine | 13 | 02/18/16 | N / A | N / A |
| | 16-11589-pmm | Michael B. Bernabe and Rebeka E. Bernabe | 13 | 03/09/16 | N / A | N / A |
| | 16-12413-elf | Gary Baugher and Susanne Baugher | 13 | 04/05/16 | N / A | N / A |
| | 16-12642-mdc | Marlin Dale Marcum and Bernadette Marcum | 13 | 04/14/16 | N / A | N / A |
| | 16-12681-pmm | Silesia A Linette | 13 | 04/15/16 | N / A | N / A |
| | 16-13271-pmm | Theodore T Wells and Jacqueline A Wells | 13 | 05/06/16 | N / A | N / A |
| | 16-13696-amc | Melissa A. Strube | 13 | 05/24/16 | N / A | N / A |
| | 16-13916-pmm | Sarah W Falkson | 13 | 06/01/16 | N / A | N / A |
| | 16-14726-elf | Timothy Paul Jones | 13 | 07/01/16 | N / A | N / A |
| | 16-15337-pmm | Gregory S Unis and Jody M Unis | 13 | 07/28/16 | N / A | N / A |
| | 16-15508-elf | Christopher J Dion | 13 | 08/03/16 | N / A | N / A |
| | 16-15591-pmm | Jennifer H Keenan | 13 | 08/05/16 | N / A | N / A |
| | 16-17000-amc | Daniel E Mazurek | 13 | 10/03/16 | N / A | N / A |
| | 16-17101-amc | Ted E Dellinger, Jr. and Jane E Dellinger | 13 | 10/06/16 | N / A | N / A |
| | 16-18108-pmm | Shawn L Tomsic | 13 | 11/21/16 | N / A | N / A |
| | 16-18169-mdc | Bruce A Hoover and Nancy J Hoover | 13 | 11/23/16 | N / A | N / A |

| Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|
| 16-18422-elf | Tonya M. Garcia | 13 | 12/06/16 | N / A | N / A |
| 17-10833-pmm | Robert A Mogel | 13 | 02/06/17 | N / A | N / A |
| 17-10916-pmm | Catherine S. George | 13 | 02/08/17 | N / A | N / A |
| 17-11235-pmm | Gary L. Schoenly | 13 | 02/22/17 | N / A | N / A |
| 17-12184-pmm | Christopher E. Blake and Mitizene D Lindo-Blake | 13 | 03/29/17 | N / A | N / A |
| 17-12279-pmm | Chris A. Orzech and Wendy S Orzech | 13 | 03/31/17 | N / A | N / A |
| 17-12332-pmm | Danny J. Zawidski, Jr. and Nicole C Good Zawidski | 13 | 04/03/17 | N / A | N / A |
| 17-12723-pmm | Brandon G Fink and Kelly J Fink | 13 | 04/19/17 | N / A | N / A |
| 17-13422-pmm | Michael J Rohrbach and Ellen Rohrbach | 13 | 05/12/17 | N / A | N / A |
| 17-13746-pmm | Dorothy L Reed and Dorothy L Reed | 13 | 05/31/17 | N / A | N / A |
| 17-14116-elf | Kenneth N. Smith and Tiffany E Smith | 13 | 06/13/17 | N / A | N / A |
| 17-14129-elf | Richard D. Kurtz and Barbara L. Kurtz | 13 | 06/13/17 | N / A | N / A |
| 17-16458-pmm | David Colon and Jillian Colon | 13 | 09/21/17 | N / A | N / A |
| 17-16748-pmm | James C Tester | 13 | 10/03/17 | N / A | N / A |
| 17-17510-pmm | Angela A. Fenicle and Angela A. Fenicle | 13 | 11/05/17 | N / A | N / A |
| 17-17587-pmm | Joseph W LaFramboise and Amanda Lea LaFramboise | 13 | 11/07/17 | N / A | N / A |
| 17-17922-pmm | Carmelo Leggio and Jole Leggio | 13 | 11/22/17 | N / A | N / A |
| 17-18236-pmm | Monique P Davis | 13 | 12/06/17 | N / A | N / A |
| 17-18314-pmm | Darrin T. Leisey and Bethany Kay Leisey | 13 | 12/08/17 | N / A | N / A |
| 17-18352-pmm | Antonino Gallina and Melanie M. Gallina | 13 | 12/12/17 | N / A | N / A |
| 17-18416-pmm | Richard J. Andrews and Audrey A. Andrews | 13 | 12/14/17 | N / A | N / A |
| 18-10448-pmm | James C. Enders, Jr. | 13 | 01/25/18 | N / A | N / A |
| 18-10570-pmm | Carol A Gittler | 13 | 01/30/18 | N / A | N / A |

| Case | Debtor(s) | Ch | Filed | | |
|---|---|---|---|---|---|
| 18-10950-pmm | Torsten Bay and Lisa M Bay | 13 | 02/12/18 | N/A | N/A |
| 18-11447-elf | Cynthia J Towers | 13 | 03/02/18 | N/A | N/A |
| 18-11780-pmm | Todd R Flower | 13 | 03/15/18 | N/A | N/A |
| 18-12365-pmm | Christopher L. Richardson and Jerusha M. Richardson | 13 | 04/09/18 | N/A | N/A |
| 18-12515-pmm | Timothy T Thieme and Joylynn E Farris-Thieme | 13 | 04/16/18 | N/A | N/A |
| 18-12788-amc | Gregory I. Glenn, Sr. | 13 | 04/25/18 | N/A | N/A |
| 18-13069-pmm | Donald J. Milton, Jr. and Brittni L. Milton | 13 | 05/07/18 | N/A | N/A |
| 18-13138-pmm | Rafe H. Zeyher and Lynn M. Zeyher | 13 | 05/10/18 | N/A | N/A |
| 18-13946-pmm | Donald C. Rohrbach and Tracy Ann Rohrbach | 13 | 06/13/18 | N/A | N/A |
| 18-14440-pmm | Monica C. Good | 13 | 07/02/18 | N/A | N/A |
| 18-15138-pmm | John C. White and Melissa S. White | 13 | 08/03/18 | N/A | N/A |
| 18-15421-pmm | Michele M. Robinson | 13 | 08/15/18 | N/A | N/A |
| 18-15832-pmm | Corry Lee Price and Kelly Diane Price | 13 | 09/05/18 | N/A | N/A |
| 18-16107-mdc | Joseph P. Kennedy | 13 | 09/14/18 | N/A | N/A |
| 18-17005-pmm | David T. Gangwer and Wendy J. Gangwer | 13 | 10/22/18 | N/A | N/A |
| 18-18000-pmm | Renard A. Harris | 13 | 12/03/18 | N/A | N/A |
| 19-10007-pmm | Gwendolyn Sue Wagner | 13 | 01/02/19 | N/A | N/A |
| 19-10642-pmm | Thomas Lee Hackman and Heather Jo Hackman | 13 | 02/01/19 | N/A | N/A |
| 19-11276-pmm | Andrew Polak | 13 | 03/01/19 | N/A | N/A |
| 19-11598-pmm | James M. Amor | 11 | 03/15/19 | N/A | N/A |
| 19-12118-pmm | Sandra L. Strausser | 13 | 04/02/19 | N/A | N/A |
| 19-12351-elf | David A. Ruberti | 13 | 04/12/19 | N/A | N/A |
| 19-13100-pmm | Virra LouAnn Saling | 13 | 05/13/19 | N/A | N/A |
| 19-13101-pmm | Xayxanak Vue and Zoua Yang Vue | 13 | 11/30/18 | D/A | N/A |
| 19-13105-pmm | Joseph R. Gianato and Rosemary J. Gianato | 13 | 05/13/19 | N/A | N/A |

| Case | Debtor(s) | Ch | Filed | | |
|---|---|---|---|---|---|
| 19-13924-pmm | Justin W. Montgomery and Jayne Montgomery | 13 | 06/19/19 | N / A | N / A |
| 19-14268-pmm | Michael S. Morgandale and Linda C. Morgandale | 13 | 07/03/19 | N / A | N / A |
| 19-14966-pmm | Douglas A. Moyer and Francine D. Moyer | 13 | 08/06/19 | N / A | N / A |
| 19-14968-pmm | Kelly L. Gearty | 13 | 08/06/19 | N / A | N / A |
| 19-15014-pmm | Edward D. Watters, Jr. and Jennifer Watters | 13 | 08/08/19 | N / A | N / A |
| 19-15281-pmm | Deborah M. Bebko | 13 | 08/23/19 | N / A | N / A |
| 19-15834-pmm | Kelly Vogt | 13 | 09/18/19 | N / A | N / A |
| 19-15842-pmm | Timothy H. Stump and Kelly A. Stump | 13 | 09/18/19 | N / A | N / A |
| 19-15942-pmm | Esther L. Loung | 13 | 09/23/19 | N / A | N / A |
| 19-16300-pmm | James R. Painter and Dianne M. Painter | 13 | 10/07/19 | N / A | N / A |
| 19-16343-pmm | Michele M. Clemente and Richard L. Orwig | 13 | 10/09/19 | N / A | N / A |
| 19-16896-pmm | Haines C. Brown, IV and Karyn P. Brown | 13 | 11/02/19 | N / A | N / A |
| 19-17395-pmm | Kathryn McCauley | 13 | 11/26/19 | N / A | N / A |
| 19-17652-pmm | Darlene F Torres | 13 | 12/06/19 | N / A | N / A |
| 19-17823-pmm | Michael T. Beissel and Betty J. Beissel | 13 | 12/16/19 | N / A | N / A |
| 20-10013-pmm | Michael J. Clark | 13 | 01/02/20 | N / A | N / A |
| 20-10103-pmm | Spencer L. Swiss and Kathleen A. Swiss | 13 | 01/07/20 | N / A | N / A |
| 20-10510-pmm | David A. Kritzberger and Kami L. Kritzberger | 13 | 01/28/20 | N / A | N / A |
| 20-11040-pmm | Jennifer E. Brown | 13 | 02/20/20 | N / A | N / A |
| 20-11047-pmm | Janet M. Pietrobone | 13 | 02/20/20 | N / A | N / A |
| 20-11380-pmm | Kathy S. Wolgamuth | 13 | 03/04/20 | N / A | N / A |
| 20-11657-pmm | Janis M. Riccardelli | 13 | 03/17/20 | N / A | N / A |
| 20-11658-pmm | Theodore Joseph Ranck, Jr. | 13 | 03/17/20 | N / A | N / A |
| 20-12159-pmm | Maria L. Radwanski (Dismissed 08/11/20) and David R. Radwanski | 11 | 04/29/20 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 20-12251-pmm | Salguero's, Inc. | 11 | 05/08/20 | N/A | N/A |
| 20-12805-pmm | David G. Waite and Ann L. Waite | 13 | 06/29/20 | N/A | N/A |
| 20-13380-pmm | Austin E. Bixler | 13 | 08/17/20 | N/A | N/A |
| 20-13673-pmm | Steven W. Strickler | 13 | 09/11/20 | N/A | N/A |
| 21-11403-pmm | Michelle L. Musseman | 13 | 05/17/21 | N/A | N/A |
| 21-11621-pmm | Leslie V. Thurman | 13 | 06/08/21 | N/A | N/A |
| 21-11733-pmm | Nelson Javier Ramos | 7 | 06/18/21 | N/A | N/A |
| 21-11893-pmm | Dona Sue Pauley | 13 | 07/06/21 | N/A | N/A |
| 21-11988-pmm | Crystal M. Cook | 7 | 07/16/21 | N/A | N/A |
| 21-12072-pmm | Frederick C. Weiler | 13 | 07/26/21 | N/A | N/A |