UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Harry Albert DeBari                    Case No.: 21-12424-elf
          dba Debari Discovery Group
                    Debtor                       Chapter: 13

                                                 Judge:  Eric L. Frank

          SN Servicing Corporation as            Hearing Date: February 8, 2021 at 9:30 am
          servicer for U.S. Bank Trust
          National Association as Trustee of
          the Cabana Series III Trust
          Movant
          v.

          Harry Albert DeBari
          dba Debari Discovery Group
          Nancy K. Hom- Co-Debtor
          Kenneth E. West- Trustee
                    Respondents

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank

Trust National Association as Trustee of the Cabana Series III Trust (together with any

successor and/or assign, "Movant") dated January 11, 2022 and after a hearing, and for the

reasons stated in court, it is **ORDERED** the automatic stay is **MODIFIED** to permit

Movant to exercise all *in rem* rights available to it under applicable law with respect to 6054

Honey Hollow Rd, Doylestown, PA 18902-9472; and it is further;

    **ORDERED** that the Co-Debtor stay in effect as it pertains to Nancy K. Hom pursuant to

section 1301(a) of the Bankruptcy Code is **MODIFIED** to allow Movant its successors and/or

assigns to commence and /or continue with a foreclose action and eviction proceeding

with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Date:  4/5/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -