2022 APR 19 PM 5:02
U.S.C-EDPA REC'D CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Harry Albert DeBari, Debtor

Case No. 21-12424-ELF
Chapter 13

**NOTICE OF APPEAL**

Harry A. DeBari, the debtor, appeals from the Order Granting Relief from the Automatic Stay
entered on 5th day of April, 2022
The names of all parties to the order appealed from and the names, addresses, and telephone
numbers of their respective attorneys are as follows:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107

Leroy W. Etheridge, Jr.
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

SN Servicing Corporation as                   Attorney:      Lauren M. Moyer, Esq.
Servicer for U.S. Bank Trust, National                        Friedman Vartolo, LLP
Association, as Trustee of the                                1325 Franklin Ave, Suite 160
Cabana Series III Trust                                       Garden City, NY 11530

DATED THIS 19TH OF APRIL, 2022

HARRY A. DEBARI



Harvey DeBoer
4058 Huey Hollow Rd
Doylestown, PA 18902
21-12424-ELF

CLERK, U.S. BANKRUPTCY COURT, FILING