United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-12424-elf

Harry Albert DeBari                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harry Albert DeBari, 6054 Honey Hollow Road, Doylestown, PA 18902-9472 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association lmoyer@friedmanvartolo.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association ldoyle@milsteadlaw.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 21, 2022                     Form ID: pdf900                            Total Noticed: 1

bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ

on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Harry Albert DeBari, Debtor

Case No. 21-12424-ELF
Chapter 13

**NOTICE OF APPEAL**

Harry A. DeBari, the debtor, appeals from the Order Granting Relief from the Automatic Stay
entered on 5th day of April, 2022
The names of all parties to the order appealed from and the names, addresses, and telephone
numbers of their respective attorneys are as follows:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107

Leroy W. Etheridge, Jr.
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

SN Servicing Corporation as            Attorney:        Lauren M. Moyer, Esq.
Servicer for U.S. Bank Trust, National                  Friedman Vartolo, LLP
Association, as Trustee of the                          1325 Franklin Ave, Suite 160
Cabana Series III Trust                                 Garden City, NY 11530

DATED THIS 19TH OF APRIL, 2022

HARRY A. DEBARI

CC:
Judge Eric L. Frank-via email
Harry Albert DeBari-Prose Debtor
Kenneth E. West Chapter 13 Trustee
Leroy W. Etheridge,Jr. Counsel for Chapter 13 Trustee Office
United States Trustee Office
Lorraine Gazzara Doyle,Counsel for SN Servicing Corporation

Lauren M. Moyer,Counsel for SN Servicing Corporation
United States District Court-sent electronically

Harry DeBonzelen Rd
6053 Long Robin Rd
Dayles town, PA 18902
21-12424-ELF

CLERK, U.S. BANKRUPTCY COURT
FILED
IN CT