UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                   Telephone
Clerk                                           5/18/2022                                          (215) 408-2800


Re: Harry Albert DeBari
dba
DeBari Discovery Group
Bankruptcy No.: 21-12424-elf
Civil Action No.  22-1555

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered  by the Honorable .
    Notice of appeal filing fee (xx)paid    ()not paid

() Designation of Record on Appeal Filed
(xx) Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:_____C. Wagner_____
Deputy Clerk

---

Received Above material or record tile this ___18th___ day of __May_____, 20 22  .

Civil Action No. ____22-cv-1555____          Signature:__/s/ Steve Tomas____

Miscellaneous No. _____          Date: ___5/18/22_____

Assigned to Judge ___Schmehl_____                                          BFL5.frm(rev 11/8/17)