UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
HARRY ALBERT DEBARI

                     Debtor                  Bankruptcy No. 21-12424-ELF

## ORDER

**AND NOW**, this \_\_\_\_31st\_\_\_\_ day of \_\_\_\_\_May_____, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                                           _____
                                                           Honorable Eric L. Frank
                                                           Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
PRO-SE
\*
\*
\*,\* \*

Debtor:
HARRY ALBERT DEBARI

6054 HONEY HOLLOW ROAD

DOYLESTOWN, PA 18902