United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Harry Albert DeBari  
    Debtor

Case No. 21-12424-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2  
Date Rcvd: May 31, 2022          Form ID: pdf900          Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Albert DeBari, 6054 Honey Hollow Road, Doylestown, PA 18902-9472 |
| cr | + | SN Servicing Corporation as servicer for U.S Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14633997 | | Aspire Credit Card, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 14671825 | + | Bank of America N.A., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14636710 | | Bank of America, N.A., PO BOX 15312, Wilmington DE 19850-5312 |
| 14671663 | + | Bank of America, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14633998 | | SN Servicing Corporation, 325 51h Street, Eureka CA 95501 |
| 14648621 | + | SN Servicing Corporation as servicer for, U.S Bank Trust National Association, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14648814 | + | SN Servicing Corporation as servicer for U.S Bank, c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 01 2022 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14636349 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 01 2022 03:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14633996 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2022 03:50:01 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14633995 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 01 2022 03:49:55 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14634483 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2022 03:49:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14662198 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14649119 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 772813, Chicago IL 60677-2813 |
| 14648997 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14649685 | ^ | MEBN | Jun 01 2022 03:37:54 | U.S. Bank Trust National Association as Trustee of, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 9

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association lmoyer@friedmanvartolo.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
HARRY ALBERT DEBARI


                Debtor              Bankruptcy No. 21-12424-ELF

## ORDER

AND NOW, this ___31st___ day of ___May___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
PRO-SE
*
*
*, * *
,

Debtor:
HARRY ALBERT DEBARI

6054 HONEY HOLLOW ROAD

DOYLESTOWN, PA 18902