United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12424-elf |
| Harry Albert DeBari | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harry Albert DeBari, 6054 Honey Hollow Road, Doylestown, PA 18902-9472 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association lmoyer@friedmanvartolo.com |
| LEROY W. ETHERIDGE, JR. | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 24, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

ROGER FAY

on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association rfay@milsteadlaw.com bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HARRY ALBERT DEBARI  :
: C.A. NO. 22-1555
:
BKY. NO. 21-12424 (EF)

### ORDER

AND NOW, this 12th day of January 2023, upon consideration of the notice from the Bankruptcy Court (Doc. No. 3), it appearing to this Court that the Appellant in the above captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT

*/s/ Jeffrey L. Schmehl*
_____
HON. JEFFREY L. SCHMEHL
United States District Judge