UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol                                                                                         Clerk's Office
Clerk of Court                                                                                         215-597-7704

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,  PA  19107-4299

RE:

CA No.   22-1555
Bky. No. 21-12424
Adv. No.

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 1/12/23.

Kindly acknowledge receipt on the copy of letter provided.  Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol
Clerk of Court

By:  /s/ Evelyn Renner
Evelyn Renner , Deputy Clerk

Received above record this     14th day of  February ,2023

/s/ Christine Wagner
(Signature)

bankrec.frm